# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

In re:

    Anthony Jacoway

    Lisa Jacoway

        Debtor(s)

Case No. 19-80658-CRJ-13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Michele T. Hatcher, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/04/2019.

2) The plan was confirmed on 05/14/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 03/04/2021.

6) Number of months from filing to last payment: 23.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $43,300.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

      *OUTSTANDING CHECKS* 1337162 & 1336794

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $5,250.00 |
| Less amount refunded to debtor | $18.83 |

**NET RECEIPTS:** **$5,231.17**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,381.00 |
| Court Costs | $310.00 |
| Trustee Expenses & Compensation | $313.84 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,004.84** |

Attorney fees paid and disclosed by debtor: $119.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AWA COLLECTIONS | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 232.00 | 249.64 | 249.64 | 0.00 | 0.00 |
| CASHNETUSA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Unsecured | 1,646.00 | 1,646.23 | 1,646.23 | 0.00 | 0.00 |
| CRESTWOOD MEDICAL CENTER | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF THE TREASURY-INTERNAL | Priority | 4,110.00 | 4,110.00 | 4,110.00 | 178.25 | 0.00 |
| DEPT OF THE TREASURY-INTERNAL | Unsecured | 0.00 | 15,848.21 | 15,848.21 | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANT | Unsecured | 206.00 | NA | NA | 0.00 | 0.00 |
| EASY CASH | Unsecured | 587.50 | NA | NA | 0.00 | 0.00 |
| FIRST JACKSON BANK | Secured | 34,500.00 | NA | NA | 0.00 | 0.00 |
| HOLLOWAY CREDIT BUREAU | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 890.07 | 890.07 | 0.00 | 0.00 |
| MEMORIAL HOSPITAL | Unsecured | 453.20 | NA | NA | 0.00 | 0.00 |
| MERCHANTS ADJUSTMENT SERVICE | Unsecured | 81.02 | 81.02 | 81.02 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 542.00 | 542.03 | 542.03 | 0.00 | 0.00 |
| NEPHROLOGY ASSOCIATES | Unsecured | 142.02 | 142.02 | 142.02 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,339.00 | 2,339.13 | 2,339.13 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,511.00 | 1,483.33 | 1,483.33 | 0.00 | 0.00 |
| SOUTHERN MANAGEMENT CORPOR | Unsecured | 814.00 | 738.21 | 738.21 | 0.00 | 0.00 |
| SPECTRUM BILLING SERVICES | Unsecured | 205.89 | NA | NA | 0.00 | 0.00 |
| STATE OF ALABAMA DEPT OF REVEN | Secured | 1,705.78 | 1,705.78 | 1,705.78 | 913.81 | 109.31 |
| STATE OF ALABAMA DEPT OF REVEN | Priority | 653.76 | 653.76 | 653.76 | 24.96 | 0.00 |
| STATE OF ALABAMA DEPT OF REVEN | Unsecured | 0.00 | 640.70 | 640.70 | 0.00 | 0.00 |
| STATE OF ALABAMA DEPT OF REVEN | Unsecured | 0.00 | 127.61 | 127.61 | 0.00 | 0.00 |
| SUN LOAN | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 239.00 | 182.71 | 182.71 | 0.00 | 0.00 |
| TEA OLIVE LLC | Unsecured | 1,890.00 | 1,540.50 | 1,540.50 | 0.00 | 0.00 |
| TEA OLIVE LLC | Unsecured | 1,690.00 | 1,239.33 | 1,239.33 | 0.00 | 0.00 |
| UNKNOWN CREDITOR | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| UNKNOWN CREDITOR | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| UNKNOWN CREDITOR | Unsecured | 99.02 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VERIZON | Unsecured | 411.00 | 404.11 | 404.11 | 0.00 | 0.00 |
| WAKEFIELD & ASSOCS | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCS | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,705.78 | $913.81 | $109.31 |
| **TOTAL SECURED:** | **$1,705.78** | **$913.81** | **$109.31** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,763.76 | $203.21 | $0.00 |
| **TOTAL PRIORITY**: | **$4,763.76** | **$203.21** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$28,094.85** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $4,004.84 |
| Disbursements to Creditors | $1,226.33 |
| **TOTAL DISBURSEMENTS** : | **$5,231.17** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/15/2021

By: /s/ Michele T. Hatcher

Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

Anthony Jacoway
Lisa Jacoway

CASE NO: 19-80658-CRJ-13

## CERTIFICATE OF SERVICE

I, Michele T. Hatcher, Trustee, do hereby certify that I have this day served a copy of the above and foregoing instrument, by placing copies of same in the U.S. Mail, postage prepaid and properly addressed to the following:

Anthony Jacoway
Lisa Jacoway
405 East 3rd St.
Stevenson, AL,  35772

THIS day March 15, 2021

/s/  Michele T. Hatcher

Michele T. Hatcher, Trustee

**UST Form 101-13-FR-S (9/1/2009)**